FORGOTTEN JUSTICE

I AM JANE DOE

THE LENA "NOEL" SUMMERLIN STORY


In mid-April 2024, my close friend and longtime intelligence colleague, Jason Mobuary, called to inform me of the various news releases on both national and local media outlets. Apparently, FOX, CNN and all the major networks including the Associated Press, internet blogs, podcasts and newspapers, had relentlessly aired and posted stories regarding my Federal criminal indictment related to the January 2020 improvised explosive devices.

Jason called often to discuss matters of intelligence gathering. This call was different and for all the right reasons. It was more about ensuring I was okay mentally and remained focused and committed to the task at hand. A kind of pep talk if you will, one I appreciated and desperately needed.

"Noel, don't be too quick to say you were wrong", Jason explained. "God moves in mysterious ways, His wonders to perform. It's just possible this is all part of a bigger plan you can't see from where you're standing. I have always believed in your good judgment".

As I hung up the phone, I mulled over Jason's words. What good could possibly come out of this fiasco of a mess I've made? I've been humiliated beyond measure, perhaps it was to teach me a lesson, although enough of that came in the normal course of life.

The whole strange situation started in June 2019. Like most evenings at Georgia State Prison, the stench from pasturelands and hog farms floated throughout the hot prisoner cell houses. Reidsville was suffering through a run of unseasonably hot, drumming heat. Plenty enough to bring an invasion of almost invisible bugs and begin thickening the air with drenching humidity. A forerunner of the blazing quicksilver heat that settled each summer over South Georgia. I was sitting on the bed under a reading lamp engrossed in the book "Lord of the Flies" when my cell phone chimed.

At first glance, it seemed there was nothing in the text message that caught my eye. The usual pleasantries, I thought. But my attention was immediately captured by the last three sentences. To my dismay, my friend David Watson had been gruesomely murdered, rolled inside a mattress and set on fire by two members of a hostile street gang known as Ghost Face Gangsters. These three sentences revolted me, they turned my stomach, and they made my throat tighten with emotions I couldn't name. David was murdered solely because of his sexuality, nothing more. Detestable violence

like this is all too often perpetrated without provocation against gay and transgender inmates inside Georgia's prisons. The measure of authorities resolve? Nothing more than a shoulder shrugging gesture of indifference.

At the southern most point of Georgia lies Valdosta State Prison, a desolate place where only the strong survive. A place where brazen attacks, with beatings, stabbings, and rapes are now routine. A place where gladiator style fights are the entertainment while prison guards stand watch, not to ensure safety, but to place bets on who will survive. A place overrun with gangs creating hostile conditions akin to a war zone, that with every passing day, degenerate into unimaginable terror. A place where the weak and timid are forced into servitude as "hold downs" for gang members weapons, cell phones and drugs. A place where , for me, like so many others, the bell was tolled.

In April 2018, at Valdosta State Prison, I was brutally raped by a knife wielding Blood gang member. My lover, Steven, was stabbed 14 time trying to protect me from this rapist. I will never forget the horrifying and unthinkable evil that descended upon us that day. Nor can I forget the look of proliferating pain in Steven's eyes as he lay motionless on the ground encircled in his own lifeless blood. I remember standing there in total shock, squalling with tears streaming down my face and anger flooding my heart.

The memory has imprinted utter, heart wrenching agony that encompasses every part of my wretched existence literally in every sense of the form. Whoever said, distance and time heals all wounds has never experienced a life changing, treacherous event equivalent to the one Steven and I endured that day. In fact, distance and time only serves to unite old wounds with the present.

Steven saved me in every conceivable way a woman can be saved. He was my Forevermate. Steven taught me to live life proudly from within, without shame of who you are, or how you're perceived and to ignore the opinions of others arising out of ignorance that quickly evaporates.

To add to my distress, just two days later, a friend and trans sister, Joseph "JoJo" Pagen was murdered by a member of Ghost Face Gangsters. Why? Here again, for no other reason then she being transgender. Words can't describe the savagery of the act and barbarity she suffered before her frail body succumbed to the internal injuries inflicted on her. It seemed mercifully unbelievable that David had now fallen victim to the same fate as JoJo and at the very hands of Ghost Faces Gangsters. Simply put it irritated me.

I'd just turned fifty following these devastating events and people do funny things when they come up against a birthday with a zero on the end of

it. They wonder if their life is pointless. They wonder what other kind of lives they could have led. That's why I was literally caught off guard and dumbfounded by an unsettling thought that sprang suddenly into my head with full blunt force, as though it had come into my mind from somewhere else, yet not entirely automatic. Become a Ghost Face affiliate and avenge your friends deaths! The illogical thought paralyzed me. Become one of them? What was I thinking? Me, join Ghost Face? The very people I intensely despise and loathe? Never!

Become Ghost Face and avenge your friends deaths! The thought was still there, vivid as ever and apparently completely independent of my own feelings and ideas. I'd be a fool to do such a thing, I thought to myself. These gang members would kill me too. I can't do it. I won't do it. It was no use, the idea would not go away. It was readily obvious I was to become an affiliate member of Ghost Face Gangsters. Furthermore, I was to become one at once and gain notability among their ranks. But most importantly, the respect and trust of first chair, Chad Ashely Allen.

In order to understand what a complete departure such an idea was for me, it is necessary first to know that until I scrolled down that text message, mine had been a very predictable life to some degree, predictable but satisfying as far as prison life was concerned. I was a popular transgender

woman having significantly noticeable secondary sex characteristics and well established among all classes and facets of inmates, including many religious sects and gang organizations. I never embraced the idea of becoming a gang member and I wasn't quite sure what I was thinking, but one thing was clear, it was an unwelcome act of fate.

I'd been strangely fidgety that night and as usual the cell door was closed and secure. I sensed being particularly close to David and JoJo at that moment and yet, for reasons I could not understand, I also felt a great, heavy sadness come over me. It came over me all at once and I wondered what it could possibly mean. I got up from the bed and turned on the overhead light, as the reading lamp had cast an uncertain shadow over the walls and an air of gloom and despair settled about the cell. I felt uneasy as though I had received orders but could not make out what they were.

What are you saying to me David? What are you saying to me JoJo? I thought to myself as I paced back and forth, seeking to understand what was happening to me. On my bed lay the phone. I reached over to pick it up, then caught myself. No, I wasn't going to fall into that trap. It's your emotions, I said. I started prowling around the cell again and each time I came to the bed my attention was drawn to the phone.

David, JoJo is there something that you want me to see? I said aloud, my voice suddenly booming out in the silent dorm. I sat down on the bed again and with a pounding heart, as if I were on the verge of discovering something abysmal I couldn't fathom. I Googled their names. A moment later, I was looking directly into the ferret eyes of my friends' murderers. As I scanned related news articles, I began to fill with racing emotions strong enough to make my eyes sting with tears. Looking at my friends' murderers was more unnerving than simple human madness and beneath that madness, a deeply rooted pain with no sides.

The next morning, supervening a long sleepless night, I motioned for two transwomen to follow me into my cell for I eagerly had something I wanted to discuss with them. I read aloud the news articles and held out my phone, magnifying the mug shots for them to see the Ghost Face members who murdered my friends. Take a good look at these guys, I said and proceeded to tell them how I had come to know David and JoJo. Bursting into tears from the weight of grief behind their deaths, I went on to explain the supernatural guidance I received to become a Ghost Face affiliate and avenge David and JoJo's deaths. Both these transwomen looked at each other in shock, then at me, hollow-eyed. From the befuddled look on their faces, I

knew all too well my plan was not greeted with enthusiasm. You could have heard a pin drop.

At last, Amanda spoke after what seemed like an hour of silence. The absolute conviction in her words took me back for a moment. I heard the simple truth underneath Amanda's casual tone. "Are you crazy?" she said. "What you're saying Noel is beyond dangerous territory." I explained to them, I felt as if I had no choice. I had to take Ghost Face down hard, once and for all! To that end, this meant abandoning my transgender status and becoming someone in stark contrast with who I am. It would be a grueling process because hormonal shifts last for months and profoundly affect a person's mood. But I had a plan, one that was both abstract from customary practices yet tactful to say the least. This decision did not come lightly for I knew I would be going it alone, unofficial, unrecognized, and most definitely unsanctioned. My plan would be carried out under the code name "Operation Standpoint". I was walking a very dangerous tightrope, and I knew it.

These were not idle explorations. The feeling of being guided by a purpose other than my own never left me. Though the nature of it was mysteriously important and more dangerous than ever. I knew of no other way to pull this strategic plan off than to work clandestine to infiltrate Ghost Face, even if it meant the possibility of getting myself arrested or even killed,

the ends overwhelmingly justified the means. It's not that I'm intellectually superior in which I posses the ability to accomplish such a feat as Operation Standpoint. To the contrary, its that I stay with problems longer when most others give up. Ghost Face had their agenda, and I had mine. A self-sacrifice, a single-minded pursuit to divide and conquer.

This was the rigorous vision that lay just outside my grasp, like a half-remembered dream. I only knew it had to do with some type of vital help from beyond the grave for David and JoJo. Perhaps it lay in the pursuing nightmares which haunted me foreshadowing certain ends. Unlikely as it seemed, unprepared, even unwilling as I was. I was beginning to face the fact that somewhere within Ghost Face, I would inevitably find myself fraternizing with the enemy all the way to the top.

The saddest thing I witnessed during the stint of my infiltration into Ghost Face was how pathetically low these gang member's sights are. These boys are never far from mayhem and death. Grim as fighting, stabbing, murder and extortion are to anyone encountering Ghost Face. There is one depravity which surpasses them all, drug addiction. The root to all their sinister ways. Drugs are the dramatic and violent manifestations of the needs of Ghost Faces members, undeniably ending in an early and ignominious, windswept grave.

I soon found I had undertaken a bold and arduous task of more difficulty than I had imagined. While my care was employed in guarding against failure, I was often surprised by another; habit took the advantage of inattention and inclination was at times too strong for reason.

Within a few short days, a new inmate moved into our housing unit. To my surprise, he was a validated member of Ghost Face and widely known as "Pale Face".  My feminine intuition told me Pale Face was my passport into the gang. Patiently and cautiously, I formed a solid friendship infused with loyalty while incorporating "forward leaning" techniques used by the FBI. Remarkably, with little adjustment, these coaxing techniques worked perfectly. Experience had taught me that some men strayed easily, while others never even looked over the fence. Pale Face was a strayer, and I used it to my advantage.

Time quickly passed and Pale Face revealed many of Ghost Face's secret codes, beliefs and sensitive organizational structure. To his credit it didn't happen very often. I persuaded him in ways that only a woman could concur. Surprisingly, Pale Face became possessive over me, a plus in some respect, but a horror working apart from each other. However, my most shocking discovery was Pale Face's enduring mindset to murder at one time, first chair and Ghost Face founding pillar, David Gene Powell, Jr. An

individual I knew quite well. Apparently, most of the senior members of Ghost Face were outraged with Powell for his cooperation with authorities in the U. S. Federal investigation that resulted in indictments, sending numerous Ghost Face leadership to Federal prison.

Pale Face's idea was simplistic, yet problematic. Commit a federal crime that warrants a stiff Federal prison sentence and murder Powell. I knew his plan had a few embodied flaws and was destined for failure. First and foremost, undoubtedly Powell was under the Federal witness protection program. So even if Pale Face happened to be assigned to the same Federal Prison as Powell, a far stretch I might add. The success likelihood of getting remotely close to Powell was about zero percent. Secondly, the entire plan was stupid, but in my experience, stupidity was about the most common result of inmate solutions, Nonetheless, by supporting Pale Face's doomed murder plot, I realized I would be locked into circumstances that would prove to be impactful, assisting me with my ambition of navigating Ghost Face and pulling it apart from the top down. What I tried not to think about was how very unpleasant it would have been to find myself at the receiving end of such knowledge. But the opportunity was clear and I had to act quickly while considering the far reaching implications.

As a collaborator, I concentrated on putting the pieces of Pale Face's ridiculous scheme together and in July 2019 I set it in motion. As expected, it captured the attention of Georgia's governor and GDOC criminal investigators exceptionally fast. And before I knew it, I found myself the subject of an intense investigation.

The lead investigator, Harvey Adams, knew something wasn't quite right about the whole perplexing situation. Although Special Agent Adams pressed the right questions, I evaded them entirely, never revealing the truth behind my personal responsibility inside Ghost Face. My adequate cover remained intact because, unlike others, I was not required to answer to anyone but myself. The reasons behind this decision to go it alone was twofold. First and foremost, GDOC prison criminal investigators always underestimate their most valuable asset, enthusiastic confidential informants. They introduce so much risk suffocating assets with near constant contact increasing the probability of blowing their cover. Second, the GDOC has a less than sparkling image, as these investigating case agents have the compulsion to talk too much wherein assets find themselves compromised placing their lives in harm's way.

On July 22nd, 2019, a brassy sun had long drooped below the treetops, I settled myself down for the night, when suddenly, I felt a wave of emptiness

invade my chest, as if the strings that supported my heart had been sliced and it sagged to a lower place. I knew something was wrong, enormously wrong. Within an hour of these feelings, I was abruptly placed on solitary confinement and informed, in the most terrorist form of communication, Steven my lover, who was still at Valdosta State Prison, fatally knifed an inmate who is believed to have orchestrated my rape and provided the weapon used in both the rape and Steven's stabbing. Sadly, a few days later, I learned the state was seeking the death penalty against Steven. I was emotionally depleted and distraught beyond measure.

To further complicate the matter, the criminal investigation being conducted at Georgia State Prison involving Pale Face, turned its full focus on me. The timing couldn't of been worse, Trying to mentally balance the Ghost Face investigation along side Steven's pressing life or death situation was nearly impossible. Almost immediately, both of these events simultaneously came crashing down around me, filling my head like a whirlwind. I felt hopeless regarding my own future and powerless to do anything about Steven's. Soon after, Pale Face and I were arrested and charged with several felonies stemming from the foiled murder plot. This had some impact on lower-level Ghost Face members, but not the ripple effect on senior shot callers like Chad Ashley Allen I'd hoped for,

As time stretched on, my experience on solitary confinement became torturous and downright murderous to say the least. The emotional strain caused by recent events surrounding Steven and my arrest compounded by excruciating anxiety, sharply penetrated every aspect of my life that I soon lost hope.

At the time, Georgia State Prison built in 1935, was the oldest prison in operation in the state. Here I endured toxic environmental conditions on solitary confinement associated with the aging prison and severe understaffing. There were long waits for essential medical treatment, vital appointments missed with mental health providers too ill-equipped to deal with any crisis and every inmate on lockdown suffered months on end without outdoor recreation time. In fact, I didn't observe a sunrise or sunset, much less see the light of day for six months causing collateral traumas.

The reputation of Georgia State Prison was mirrored in negative headlines detailing numerous deaths and inhumane conditions plaguing the decrepit prison which had been officially condemned long before my arrival. News agencies chronicled problems for decades of abuse, suicides, murders, stabbings, serious assaults on staff, gang fights, drug infested housing units, medical related deaths and poor hierarchy leadership. The prison was in dire need of major repairs due to being structurally unsound. The grim conditions

and badly deteriorating housing units requiring expensive daily maintenance that had become neglected and backlogged.

Aside from these troubling issues, my solitary confinement cell was far from lacking any of the downtrodden conditions choking the structural life right out Georgia State Prison. Overlapping layers of flaky paint peeled away from concrete walls exposing a long-forgotten time capsule; like pages out of a history book authored by the very hands of those who experienced it. Chroniclers of suppressed scenes of past horrors, to illuminate the darkest corners of the GDOC. The history they revealed is unnerving, dating nearly as far back as a century ago. The old rickety sink and toilet detached itself from the wall, a detestable harboring of foul drinking water, The stench of dried-up feces and poisoning vapors of urine, was above all, an intoxicating assault on the senses and more than I could bear. An ominous looking window completely obscured sunlight and diminished any hope of chance to catch a glimpse of the outside world forever. Viscid, black mold grew on the entire back wall, as stalactites clung to the ceiling and stalagmites formed on the floor. During inclement weather, cracked walls, a broken window and leaky roof produced a waterfall effect requiring I seek refuge sleeping covered with a plastic trash bag, and fire damaged lights, flickered or failed to work at all. Summer ushered in unique challenges of its own, with absolutely no

air conditioning, poor ventilation and virtuality zero air flow, days and nights were utterly intolerable. Temperatures inside the cell exceeded, with a calculated heat index, well over 100, smoldering degrees.  Winter, was in a class by itself, unbearable, biting and bitterly cold. The lockdown housing unit had no heat and throughout winter months, temperatures inside rarely reached an apex above 48 degrees. The raw, artic air whistled through cracks reaching through the external wall projecting bone chilling, teeth chattering misery. Moreover, every changing season brought life threatening conditions that consistently exacerbated my lungs causing acute asthma episodes. And it didn't end there. Evenings, with its shifting shadows, angling to one side or the other as the sun's path changed with subtle direction, presented an upheaval of predatory bombardments, unaccustomed to daylight hours.

As dusk fell over the prison at the darker stage of twilight when the sun is below the horizon, a furious battle ensued, a nightmarish spectacle forfeiting sleep. Hundreds of roaches and insects of every kind crept out of holes and crevices crawling over my entire body and up walls to pillage my locker box. Rodents by the dozens ran rampant scurrying about the cell wreaking havoc chewing and chomping on everything as they made their hostile pursuit to vigorously invade my bed to hold me for ransom. Despite a

tough fight, it was a battle without a climax. One I quickly abandoned nightly under duress of discouragement and physical exhaustion.

All the breakdowns, severe understaffing, inhumane living conditions and tensions between inmates and staff absolutely played a detrimental part on the perilous life-threatening mental instability that led to my deep, all-consuming depression and unbearable emotional pain. And I wasn't the only one holding on for dear life. These same serious mental illnesses were widely experienced by other inmates who languished in downtrodden, inhumane administrative segregation cells, causing each inmate to become claustrophobic, temperamental and suicidal.

Mental health inmates lit their mattresses on fire resulting in thick yellow plumes of smoke filling the housing unit. Deranged inmates threw feces and urine or collected both and smeared it on themselves or all over the concrete walls of their cells. The pungent smell spread through the housing unit like an echo. Day in and day out they flooded their cells and perpetually kicked and banged on doors while screaming causing nerve shattering, reverberated sounds. Obtaining hygienic supplies much less a shower or occasionally a meal was a far-gone conclusion. Many of these inmates often turned to drug dependency like methamphetamine to cope with the

uncompromising, too humanly horrible environment which obviously complicated the matter.

These bleak conditions created by too few sleep deprived prison guards only tripled the mistreatment, murders and suicides at Georgia State Prison, between 2018 and 2022. Beginning in October 2019, and within a ten-month period, seven mental health inmates housed in 13 single person cells in my administrative segregation unit, found themselves in crisis mode and succumbed to suicide. That's over half the entire number of inmates who were housed in this lockdown unit. I'll tell you, there is nothing more haunting in this world or disturbing to a human spirit, like the distant thunderous echoes of cries created by excruciating anguish and suffering that clutches the ears. Anguish and suffering that pierces the blissful silence and stillness of the darkest hours of a dismal solitary confinement cell. Throaty whimpers and desperate begging of a man for life-saving help; help that never comes. Then nothing, no muddled whimpering, no screams for help, nothing but silent lucidity that echoes no source of reasoning, only an intensity infectiously infused with the torturous and agonizing disillusionment of hope. It was an endless nightmare that I escaped only in madness and unpredictable anxiety and even then, my escape was never complete.

In fiscal year 2023, according to state records, Georgia had half of its prison guard positions vacant. Between 2020 and 2022 there were 90 homicides and 99 suspected suicides in Georgia prisons. In one case prison guards were so overstretched, they didn't notice a dead and decomposing body for five days. In 2021 one inmate at Georgia State Prison who suffered a broken arm following a violent confrontation between rival gangs, set his own arm when he was unable to secure a medical appointment due to staffing deficiencies. From 2019 through 2022, corrections staff decreased by about 1/3 throughout Georgia's prisons. Even with mandatory overtime, prison guards often worked 16 hour shifts 5 days per week. Staffing at Georgia State Prison in 2021 was so low that nurses were drafted to pass out food trays. Teachers and counselors were enlisted to serve as prison guards despite having basic or no security training.

In late 2020, Georgia State Prison's second shift, a particularly difficult shift, perpetually operated with three guards within the entire prison compound, which included guarding 1800 inmates. No guards were on post in perimeter security towers or in housing unit control modules. In those days, Georgia State Prison was too dangerous and too brutal leading guards and other staff to walk off their jobs in droves.

These adverse conditions cultivated an environment leading to both catastrophic and dangerous consequences of the unthinkable kind. The dynamic created a downward spiral where gangs to a large degree had control of the prison. To make matters worse, the warden deputized these gang members, who with impunity, moved inmates from housing unit to housing unit. Inmates in fear for their lives line security corridors from one end of the prison to the other with mattresses in tow, sleeping on the floor refusing to enter gang-controlled housing units and prison guards were powerless to do anything to stop it.

By this time, nearly five months had passed with no measurable human contact or socialization. My mental health conditions became seriously exacerbated and I destabilized as low as humanly possible. I was drowning on the inside and struggled daily to find the spirit of hope to keep living. To make matters worse, my humiliation with how I have failed my adolescent dream of myself as a fully realized woman, insofar as self-realization is concerned, added to my despair. I wanted someone to tell my heart to beat again. The emotional pain was so agonizing and physically potent that I soon found suicide had become my friend.

Having conveyed these unbearable emotional circumstances, I will reveal my personal experience with suicide and death. For I have a great

sense of obligation to do so. However, it must be completely understood, boasting about this walk among the tombstones will serve no justice or future purpose. Nor do I intend to undercut the explanation regarding such a desperate act as suicide. Undoubtedly, I also must tell you if I wanted to boast, I would be no fool in doing so. For what I'm about to relay is true. I clearly don't expect anyone to give me credit beyond what they can hear in my testimony, even though I've experienced such a notable life changing event. It truly was a peaceful occurrence, so wonderful that even the angels eagerly watched these things unfold. One I will neither forget nor disavow.

In the early dreary morning hours of November 27th, 2019, the smallest sound could be heard echoing down the narrow housing unit corridor, while a thick kind of rain ran and sparkled darkly down the window that gave no view of the outside world adding to the gloom and despair inside. I was suffering through what was undoubtedly an endless emotional battle rocked by unimaginable agony and intense misery that mentally suffocated me. One can logically assume I had a larger than average reason for suicide. I felt I would have been better off laying in that dirt on "Piss Ant Hill", the State's headstone-less cemetery for inmates. I climbed on the toilet, then above the sink, placing a rolled-up mattress on top and stood on it. Looking about the cell, I realized I was elevated well above the top of the door frame. I secured a

slip knot noose, fashioned from a bed sheet, to the light fixture and then around my neck, pulling it tightly to ensure a point of no return. At that moment and without hesitation, I kicked the mattress out from under my feet. Within seconds I became unconscious.

What ensued was beautiful beyond words. I discovered I was in the afterlife, paradise if you will, where everything was pure, surrounded by glorious light and reassuring perfection. It was like falling into another universe where love was the only reality, the only meaning, the only God. A place of amazing beauty that cannot be expressed in words. Even if you were to combine Jamaica, Barbados and Hawaii, some of the most beautiful places on earth, you still could not recreate the serenity and extraordinary splendor I experienced. You wouldn't even come close.

Whether I was in my body or out of my body, I don't rightly know – only God knows and the three celestial individuals I encountered there. For all practical matters I was dead and had crossed over. This must be distinctively understood or nothing wonderful can come from what I'm about to tell you. But what I do know, I was called up to paradise and heard what sounded like hundreds of harpists playing together. The music was soft and clear and pleasing to the ears, that not even the best technologically advanced Bose Wave Sound System could compare.

Suddenly, I heard behind me an awesome trumpet blast. I turned around and there before me, just a few steps away, stood three celestial beings. One I recall as my Father, another JoJo, my transgender friend and the last, someone I didn't recognize. A black woman who was unfamiliar by sight yet, I felt as if I knew her my entire life. Each were dressed in unusually long beautiful robes made of fine linen with gold sashes stretched across their chests that appeared to be embroidered with spiritual symbols. These robes were as brilliant and white as snow. A luminous glow of emerald encircled them like a rainbow, and it formed an invisible aura around them that I could feel.

I was nervous and trembling, but my Father warmly embraced me and said, "Don't be afraid, Noel. Each of us have died but look, we are alive forever and ever!"

"Where am I?" I asked.

"You are in the spirit world, a place of gathering before ascending to Heaven."

JoJo stepped forward with a smile. Her eyes like her smile glowed with life and innocence, reaching out taking me by the hand she said, "Everything you have heard and seen is trustworthy and true. I've watched as you steadily sought justice for mine and David's deaths. I'm so proud of you Noel, but in spite of this, you must return, it's not your time."

"No JoJo, I want to stay here."

"Listen carefully, Noel. You are the voice of those who's eyes now hide their luster in the grave. A voice for those who have none."

With a solemn look on her face, JoJo stood motionless without saying another word. Receiving no ease to my earnest plea, I turned to my Father.

"Dad please", I said, "I don't want to go back. I want to stay here with you."

"This is not possible Noel." Reasoned my father confirming the decision with a sharp gesture of his hand.

"But why, Dad? Why can't I stay here with all of you?"

Then the black woman spoke in a soothing voice calling me by name.

"Noel", she said, "these are not empty, idol words they have spoken. A great work is given to you, a work no other can do. You must go back!"

"Who are you?" I inquired.

She revealed to me she was the only woman executed in Georgia's electric chair. I was stupefied with shock and heard the echoes of old pain in her voice. She further revealed, "I'm the reason you're still alive for I have cut you down. Night after night I've watched over and protected you Noel. But you must return for God's tender mercy is about to break upon you and guide you

to a path of peace." Finally, she told me, "Forthcoming is an arrest that will gain wide public attention enabling you to tell our stories. Hear me Noel, this will test your strength, and its meaning is certain. When you are arrested and stand accused, don't worry about what to say. Just say what is honorable and true, for it is not you who will be speaking, but the spirits of all of us within you. Remember Noel, what has passed between us and these final words, for in them you will find strength. YOU ARE ONE IN THE NUMBER."

At this, I instantly regained consciousness. I found myself muddleheaded, laying on the cement floor, trembling with partial paralysis as my body tingled and shivered. I shifted against the pain that throbbed rhythmically through my body with every heartbeat. I remember my eyes being blurred causing hazy outlines obscuring my vision. Once I regained focus, I realized I was encircled with blood as cold sweat prickled down my arms and spine. I was crying and despondent as I vividly recalled each detail of my experience.

Over the next several weeks this event invaded my mind, and I often found myself questioning my keen awareness and skepticism of the encounter I had with those three celestial beings. Nor could I systematically reason it out in my mind what I experienced, for I had bruises and lacerations from my

head to my ankles as a painful reminder of the truthfulness of this near-death experience. However, I can say with near absolute assurance, what transpired that night between the black woman and myself, is what is known as a soul exchange. Although, I didn't know her name, I felt our souls had interconnected and we now share a lifetime together, her in my world and me in hers.

At times, I strongly desired to return to that moment when I felt at peace. Yet something pushed me away from this desire. It was the last words the black woman said to me, that resonated in my mind like an ocean wave crashing against the shore, only to return again.

"YOU ARE ONE IN THE NUMBER YOU ARE ONE IN THE NUMBER"

What could this possibly mean? I simply didn't know, and I could not mentally decipher its meaning. Even more perplexing, what arrest was this black woman speaking of? I'd already been arrested for the Ghost Face situation and wasn't facing any additional criminal charges and there certainly had been no major news coverage. But most importantly, who was she? Nothing made any sense, for it all eluded me.

As sleet spattered and clung to the window, sliding down in streaks of winter tears, Christmas came and went in a very dark and obsessively depressing way. I saw no end to my crippling agony and emotional suffering

and to any of the complete mess I had made of my life. Then in late December, a thought hit me with chilling clarity. I was now going to spend the rest of my life in prison due to recent events surrounding Ghost Face. I decided at that moment if this was in fact the case, I certainly wasn't going to do it in the dehumanizing and tortuous Georgia prison system. No, I was determined to do it in Federal prison. But how? I thought to myself. How could I possibly accomplish such a feat locked inside a cell 24 hours a day? And, what about Ghost Face? I certainly wasn't finished with them. In fact, I was just getting started. I concluded whatever I was going to do needed to incorporate both these issues and be so astonishing, as never seen or done before.

It had to be something that would thrust the GDOC into the spotlight of national public attention, I reasoned. Something that would implicitly expose the immense crisis sprawling out of control across Georgia's dysfunctional prison system. Something that would sound the alarm deep within the halls of the Justice Department, literally bringing the full muscle of the United States government right to the doorsteps of Georgia State Prison.

Hours later I wrenched my thoughts away from the dilemma and thought about Steven. I thought about how Steven was my power, my

pleasure, my pain and how I wanted some physical comfort. It didn't have to be a case of turning the clock back, just somebody to hang onto during the long, long, dark night. Somebody warm, somebody breathing warmth against my flesh, somebody giving a damn. I thought about the day I was raped and Steven's unexpected strength. I thought about how Steven put his life on the line to save mine. I reinvented him, bit by bit, portion by portion and went trotting down after him into sleep.

At seven o'clock the next evening, to my surprise a documentary aired on The History Channel underscoring the woes of domestic terrorism. Then it struck me, engineer improvised explosive devices and post them to Federal Agencies. My thoughts teetered on two scenarios: First, this unconventional plan would most assuredly land me in Federal prison and release me from my enormous and unremitting suffering. Second, if that failed for some unforeseen difficulty, the fall out would echo beyond where state boundaries changed with the six o'clock news and become living proof that the past had the power to haunt. Almost immediately, my fame among inmates would skyrocket, especially within Ghost Face. Either way, I felt honor bound to remain focused in my commitment to David and JoJo and Operation Standpoint would be revived. It was 3am and I was emotionally and

physically exhausted from all the mental calculating. When the mind starts that kind of spinning, sleep becomes impossible.

What seemed entirely farfetched, quickly became a survival crime of urgency for me. On December 31st, 2019, I tediously began collecting materials required to construct five Improvised Explosive Devices (IED's). Although the construction of these IED's were rudimentary in nature, the design itself was embryonic in form and to my knowledge had never been attempted within the confines of a prison. On January 24th, 2020, I posted for mailing two of these devices. One went to the Justice Department in Washington, D. C., specifically addressed to the attention of Mark Williams. The other, to a Federal building in Anchorage, Alaska. The last three devices were hand delivered to Warden Bobbitt at Georgia State Prison. Directly following the hand delivery of those three devices I spent nearly 15 hours entangled in a fruitless line of interrogation undertaken by the Federal Bureau of Investigation, Georgia Bureau of Investigation, local Postmaster, and countless Georgia Department of Corrections Criminal Investigators, the Reidsville city Post Office was placed on lockdown while a nationwide search ensured for the two remaining IED's in the mail. Shortly thereafter, I willingly provided the address of the destinations where the two devices were headed.

My plan, under no circumstances, was to impose harm on anyone. It was simply to obtrude awareness of the downtrodden, murderous conditions at Georgia State Prison. My intention? To gain the attention of those in authority within the GDOC, who abdicated their duty by turning a blind eye and DELIBERATELY mistreated inmates resulting in the unnecessary and wanton infliction of pain and suffering and inhumane conditions. Moreover, regardless of repeated warnings, the GDOC failed to protect me, Steven, David and JoJo, and countless other defenseless inmates who needlessly lost their lives, either murdered, or driven to suicide.

My heart was deeply troubled by the insidious behavior of the GDOC and it had to stop! I knew it was my calling, my burden to carry, to ensure it did stop, despite any detrimental cost to me. It's occurred repeatedly to me, and understandable, if society chose to use what I've done as a viable means to incarcerate me for the rest of my natural life, put me away, out of touch with decent people, how could I object? I fully excepted this harsh reality when I committed myself to Operation Standpoint. Would I mimic such actions again? Absent federal oversight and the GDOCs continued flagrant disregard for human life, one might reasonably expect the same identical outcome, I think not. However, if you look around, and you don't have to look very far, graveyards are needlessly full of reasons why I acted in life saving

defense. No one, I mean absolutely no one, lifted so much as a single hand to abate the horrible conditions inside Georgia State Prison. At best, the GDOC used a band aid approach to fix a sundry of crisis that clearly, by all reasonable accounts, required emergency surgery. The GDOC continues to take numerous steps to prevent the disclosure of information related to conditions at its institutions, including resisting subpoenas, blocking lawmakers from accessing the facilities, ceasing news releases of deaths of incarcerated persons, and releasing little if any information on serious incidents in its prisons, that would have exposed critical problems, and quite possibly, subjected them to criminal prosecution.

In 2023 I was intensely disturbed when I discovered that the 2016 U. S. Department of Justice investigation into the Georgia Department of Corrections abruptly ended. Apparently, according to the DOJ, Trump, after becoming president, decided it was no longer in the interest of the government to continue pursuing the inquiry involving the mistreatment of LGBTQ+ inmates in Georgia prisons.

It is my firm conviction, if President Trump had not interfered with and allowed the DOJ to do their job, I would not have suffered through a brutal rape in 2018. Steven would not have been nearly killed and seriously wounded and David and JoJo, quite possibly might still be here today. Has

society, especially those in authority, evolved to the point where they've blotted out the core principles our great country was founded under? Must we be reminded of the affirmed and longstanding principles, still unrealized in Georgia's prisons, that inmates do not surrender their constitutional rights at the prison gates. That incarceration is not an open door for unconstitutional cruelty or neglect and that against that kind of penal condition, the Constitution and the Federal Courts? It is my hope that together they remain as an available source of relief for the oppressed, mistreated and those who have no voice.

Following my interrogation with a superfluity of law enforcement agents, nothing happened quickly to say the least. No sudden custody exchange with the Federal government, no pressing news releases and no immediate improvement in my dire situation. Nevertheless, other things did occur. Inmates throughout Georgia's prison system unquestionably knew who I was and the extent of what I had carried out. Operation Standpoint gained momentum and on September 19th, 2021, the Justice Department announced their investigation into the inhumane treatment and adverse conditions inside Georgia prisons. The posture of the Justice Department reflected the seriousness of the crisis, Georgia State Prison was ordered closed. A notable tilt in inmates favor.

Over the preceding two and a half years, I engaged in illegal activities of the unthinkable kind to strengthen my cover and intelligence gathering within Ghost Face Gangsters. Activities most intelligence assets would rather shy away from. For example, building respect and influence, deepening bonds by pandering would be terrorist actors and assessing the value of serious crimes of every kind, undertaken by Ghost Face. I soon became an integral player, holding the highest-ranking position, supported with written credentials, as an affiliate member and personal advisor to, and appointed by, no other than First Chair, Chad Ashley Allen, AKA "Trapp Ghost".

Through this cumbersome task, monitoring threats and raising alarms from inside Ghost Face Gangsters, I developed a comprehensive dossier, "The United States Criminal Intelligence Agency." It contained protective intelligence regarding Tier I. National Security Interests and pertinent gang related intelligence of significant value obtained during the course of Operation Standpoint.

In addition, after focusing my efforts on a particular person of interest, I was able to identify a plausible terrorist plot. I sensed with certainty, this individual, along with other closely related acquaintances were perspective domestic terrorist and, in my opinion, highly capable of and committed to, undertaking a major terrorist attack resulting in cataclysmic destruction.

The terrorism plot embodied the mass killing of judges, prosecutors and thousands of citizens from five metro Atlanta counties. This horrific attack was set to take place during a full capacity Mercedes Benz stadium public event. After carefully analyzing the physical evidence and given the heightened circumstances surrounding the terrorism plot. I quickly made the decision to relinquish the intelligence to law enforcement authorities.

In July 2023, the 800 plus page dossier was turned over to State and Federal law enforcement and extensive debriefings were conducted by a number of special agents, who were astonished with both the vast quantity of intelligence I was able to gather and my success in infiltrating Ghost Face Gangsters at its highest level.

I survived this desperate attempt for justice in so many forms. Justice for Lena, justice for JoJo, justice for David, justice for Steven, and justice for those whose disturbing and horrifying experiences are interconnected and haunt them from behind prison walls. It's my personal belief, all the nightmarish layers I've walked through were orchestrated by supernatural hands and placed directly in my path to persuade me, or perhaps, ensure these events were bravely documented so that "Forgotten Justice' is remembered. Although I don't believe anyone would be strong enough to walk away from something like I've experienced undamaged, I certainly didn't, its

made me feel weak and contemptable. I do believe, in such moments of weakness, one can realize the strength of independence. My silence regarding this issue has been emotionally overwhelming.  For there is no greater agony than to bear an untold story inside of you. Surprisingly, my silence has revealed a lot more than it concealed but this was literally by design.

My guardian angel, the black woman I met in the spirit world, remained blessedly anonymous in my life for nearly five years. Every anniversary date of November 27th, I've easily interpreted it as her way of reminding me everything is going to be okay. On many of those anniversary dates I found myself terribly eager to return to that moment when time seemed to stand still and everything was perfect.

In June 2024, I was finally able to identify my guardian angel. Her name is Lena Baker. To this day, I keep her picture posted up next to my bed. I often gaze at it, pondering over the parallel similarities between her life and my own. Most notably, Lena's repeated rape and assaults by Ernest Knight, who kept her imprisoned in a gristmill for days at a time and in near slavery. Remarkably, this is strikingly identical to my repeated rape and assaults by prison guard Doug Hall, who kept me handcuffed to a stair rail and trapped inside a narrow pipe chase. Furthermore, Lena's death row confinement at Georgia State Prison, where undoubtedly, I walked in Lena's footsteps along

the same security corridors as she once did, is also where Lena and I both died. These experiences among others are undeniably endemic. It wasn't until I received a copy of Lena's life sketch, I was fully able to comprehend the importance of her last words to me…

"YOU ARE ONE IN THE NUMBER," and why our lives are so closely connected.

This aforesaid phrase was publicly expressed by Lena on March 5th, 1945, just moments before her execution. As astonishing as that discovery was what I found to be bewildering, causing intense adrenaline to flow through my body, was the uncovering of Lena Baker's February 23rd, 1945, mugshot. In this picture, Lena is holding a slate with her prisoner ID number on it. Lena's number was 11279. If you were to place the appropriate dash following the first two numbers of Lena's prisoner ID number, then a dash following the second sequence of two numbers, essentially 11-27-9, November 27th, 2019, appears. The precise date I met Lena, my Father and JoJo in the spirit world. This by far was no coincidence. I refuse to consider it as such. There is without a doubt a purpose and reason for everything we encounter in life and in death. The identical date of my near-death experience and Lena Baker's Georgia State Prison ID number is no different.

No one can pretend to relate to the torturous treatment I've suffered at the hands of the Georgia Department of Corrections awash in blood. The cruelty I've endured behind three plus decades of incarceration has unmercifully shaped me through its fringes of mistreatment, imprinting devastating psychological scars, exacting a terrible price emotionally, especially while at Georgia State Prison. Some might brazenly suggest environmentally induced traumas and the inability of the mind to successfully process and react to those formative events, plays an important role. I say, truly there is evil which exist without causation, possessing Demonic power that can unexpectedly change the very fabric of our lives. Ghost Face is one example of that evil. But there are unsung heroes in this world, some have moved on becoming guardian angels. Others, wrongfully convicted and even worse, executed. Lena Baker was just such a person. In 2005, sixty years after her execution, the State of Georgia granted Lena a full and unconditional pardon. Today, it brings me great joy to honor Lena, by legally adopting her first name as my own. It is my sincere hope, the unfinished life abruptly taken from Lena, will now carry on through mine.

It has been an enriching journey of inspiration and personal growth on many profound levels for me. Yet traces of these three celestial beings remain

in my life to this day, manifesting themselves in mysterious ways. The memory has sustained a certainty of God's unfailing love over me.

Clearly, this experience has deeply imprinted upon me that life is so fragile and unfair, and death is so parting and final. But I'm not afraid of the prospect of my own demise. For my experience assures me of a better life beyond the one we as humans know. A prison counselor recently told me I could fully expect to go to heaven because I'd already served my time in hell. As true as this statement may be, the double-edged blade of guilt regarding David's and JoJo's deaths has never lost its bite, for guilt can be a powerful and frightening tool. One must hope the final chapter of his or her life will be void of any such pain and suffering as my two friends endured at the hands of Ghost Face.

So, with enthusiasm, Lena, David and JoJo my friends, one day we will all be on the other side to join you, together once again among family, loved ones and familiar friends. Until that day, may the challenges of life never overshadow our ability to be kind to each other and may we live life with arms wide open.

In closing, I wish to extend my deepest and most unadulterated apology to those who were directly impacted by my actions, individuals who bore no responsibility to this situation. Although my intention was not to physically

harm anyone. What I failed to consider were unintended consequences. The emotional intensity by which the very nature of the act itself must have had on Federal employees, as well as the significant impact of unsuspecting citizens at large, who were horrified by repeated news releases regarding the matter.

Your Honor, what I've expressed here today does not shield me from my criminal liability and should in no manner be marked within the court record as a viable excuse for my unacceptable behavior. I merely offer what I've said today as mitigating factors to shed light and understanding on what led up to such an event, nothing more.

Additionally, I wish to extend a heartfelt thanks to the Court, the U. S. Assistant Prosecuting Attorneys and Tina Maddox, my Defense Attorney, for the clear understanding and mercy each of you extended at the onset of this case. By deferring detention, you allowed me to further my transition, completing portions of the long-awaited gender affirming surgery. Finally, I seek the court's forgiveness, for I am determined to do right without wavering.

Thank you, your Honor,
Lena Noel Summerlin
a/k/a: David D. Cassady

# SUPPORTIVE FACTUAL REFERENCES:

A Note on The Text:

   The information contained herein was obtained from firsthand knowledge and/or information based on real occurrences demonstrated to have existed and is believed to be true and accurate as determined by evidence contained in Federal Court records and confirmed through referencing these documents historical facticity in conjunction to the narrative written herein.

   A significant portion of the events described herein, can be reviewed online through the Federal Courts PACER system found within the Northern, Middle, and Southern Districts of Georgia. However it must be noted, I've recently discovered from reading these filings, that particular dates of certain events, obtained through independent guesswork at the time I drafted such court filings, may be incorrect by a few days or perhaps a week. I apologize if this causes any undue hardship or confusion during research. I assure you, after great thought, the writings contained herein reflect an accurate account of those events and associated dates.

- DOJ Press Release No. 21-863. Justice Department Announces Investigation into conditions in Georgia Prisons. Department of Justice Office of Public Affairs. September 19, 2021. www.justice.gov

- Atlanta Journal Constitution. "Violence, Suicides mount in Georgia's Woefully Understaffed Prisons". November 16, 2023. www.ajc.com

- Witnesses Slam Georgia Prison System at Legislative Hearing. Georgia Public Broadcasting. September 24, 2021. www.gpb.org

- Atlanta Journal Constitution. "Georgia Prison Conditions at Crisis level Protesters Say". October 3, 2023. www.ajc.com

- Atlanta Journal Constitution. "Witness Describe Inhumane Conditions in Georgia Prisons, Call For Change". September 23, 2021. www.ajc.com

- NBC News. "$2.2 Million Settlement For Family of Transgender Woman Who Dies in Georgia Men's Prison". December 7, 2021. www.abcnews.com

- Filter magazine. "Georgia Prisons Are in Crisis And Punishing Trans Women For It". March 28th, 2022. www.filtermag.com

- Atlanta Journal Constitution. "Deadly Gang Attack Set in Motion by Guards At Phillips State Prison." March 2nd, 2023. www.ajc.com

- Atlanta Journal Constitution. "Hundreds Of Georgia Prison Employees Had A Lucrative Side Hustle: They Aided Prisoners Criminal Schemes". September 21, 2023. www.ajc.com

- Atlanta Journal Constitution. "Death Toll Sets New Record Amid Staffing Crisis At Georgia Prisons".  October 20, 2023. www.ajc.com

- Georgia Public Broadcasting. "Six People Have Died in Georgia State Prisons In The Past Month". December 27, 2023. www.gbp.org

- Atlanta Journal Constitution. "Georgia Prison System Clamps Down on Information That Could Expose Critical Problems". December 28, 2023. www.ajc.com

- Cassady V Hall, 3:14 -CV -0025-MT-MSH. Middle District of Georgia, Macon Division, Sexual Assault by Corrections Officer.

- Cassady V Dozier. Middle District of Georgia, Valdosta Division. Rape by inmate Valdosta State Prison. Filed December 2018

- Cassady V Ward. Southern District of Georgia, Statesboro Division Judge Brian Epps, Georgia State Prison Conditions, Filed 2021

- Jane Doe v. Georgia Department of Corrections. 1: 23-CV-05578-MLB. Northern District of Georgia, Atlanta Division. Gender Affirming Surgery,  Filed December 2023

<u>NOTE: THE FOLLOWING ARE ATTACHED TO THE SUPRA</u>

<u>REFERENCED CASE</u>

Statement of Interest of the United States. Document 69, pages 5 through 6.

Brief of Amicus Curare ACLU of Georgia. Document 71 pages 3 through 5

- Very broken system, page 5 through 6
- Sexual violence and assaults. Page 16 through 19 and
- Georgia prisons are awash in blood, page 21

Amicus Curare of the Network for Victim Recovery of DC. Document 70-1

- Solitary confinement, extended periods and dangers. Pages 16 through 23

Affidavit of Jane Doe. Document 4-2. Page 40 at paragraphs 86 through 96

- Sexual assault by corrections officer. Paragraph 86
- Transwoman murder Pagen, Valdosta State Prison. Paragraph 89
- Rape at Valdosta State Prison. Paragraph 90 through 92



Georgia State Prison under the final phase of construction in 1935, ten years prior to Lena Baker's arrival and eighty-three years before mine.



A gloomy picture taken in 1945 of Georgia State Prison from the back side, revealing a row of eight cell houses. It is believed, Lena Baker was confined at the time this photo was taken in the square upper level unit just under the center tower located in the distance.



This picture was taken in 2022, around the time I was on solitary confinement at Georgia State Prison and several months prior to its closing. The picture reflects the new additions (center entrance building and above ground security corridors located to the right and left of the main unit) added in the early 1980s. Georgia State Prison also underwent major repairs to its housing units in mid 1990s due to being structurally unsound.



A torturous lockdown cell house where numerous inmates lost their lives, either murdered or driven to suicide.



One of four above ground security corridors stretching east and west, north and south of the entire prison, nearly 500 feet long on each side. Inmates refer to them as "death traps" or "dead man's curve".



The first picture taken October 1st, 1991, six months prior to my arrest in March 1992. I was 23 years old.

The second picture taken in December 2018, at Georgia State Prison. The hair was photoshopped to actualize my effeminate characteristics.



Steven ████, taken two years prior to my rape and his stabbing at
Valdosta State Prison in 2018. There is much to be admired about Steven.
For example, after a troublesome day when all other calming efforts failed,
Steven would happily wrap his arms around me, holding me tightly and sing
to me until all my fears went away. A country super star voice no doubt about
it, beautiful and soothing to the ears. If you didn't know any better, you'd
think you were listening to Garth Brooks when Steven sang "The Dance". He
had a pitch perfect sound, especially when he said, "I love you baby doll."
Steven once told me, when the GDOC separated us, "don't worry, I'll sing you
to me." I miss him more than he will ever know. Steven remains on solitary
confinement at the Special Management Unit (SMU) at the Georgia
Diagnostic and Classification Prison in Jackson, Georgia.



*Photographs posted on Facebook by GDC showing contraband including weapons, drugs, and electronics recovered in GDC shakedowns in 2022.*







*Engaged padlocks on restrictive housing unit cell doors in a close- security GDC prison in 2022.  An officer at this prison later told DOJ that padlocks are not used on cell doors at this prison.*



Joseph Pagen

A DOC report states special agents with the Georgia Department of Corrections' Office of Professional Standards are conducting an investigation on the death of Joseph Pagen.

The report states the case is being treated as a homicide.

Agents believe Pagen died as a result of injuries sustained during a fight with another inmate, the report states. The victim was pronounced dead at the prison at 3 a.m. Monday by the Lowndes County coroner.

# Officials: Georgia inmate dies from injuries after fight



This picture, published April 23, 2018 by the Associated Press, is the inmate that murdered my transgender friend Joseph "JoJo" Pagen. I have thus far, been unable to identify him.

**Warrants: 2 Baldwin State Prisoners fatally stabbed inmate, set him on fire**

Warrants allege the pair choked and stabbed him to death before lighting him on fire in his bed



*Credit: Baldwin County*
Author: 13WMAZ Staff
Published: 3:49 PM EDT July 17, 2019
Updated: 3:49 PM EDT July 17, 2019

MILLEDGEVILLE, Ga. — Arrest warrants for two Baldwin State Prison inmates charged with the June homicide of another inmate reveal new information.

Here's what we know:

The victim, David Watson, was pronounced dead around 9 a.m. on June 5, and two people were charged with his murder.

They were identified as Timothy Dunigan and Trinity Bussler.

The arrest warrants detail how the pair allegedly killed Watson. They say he was first choked by them and then stabbed in the face, neck and back multiple times.

After he died, the two men then allegedly put him face down on his bunk and his body was set on fire.

Watson was serving a 25-year sentence for aggravated sexual battery from a case in Coweta County.

According to the Georgia Department of Corrections inmate search, Bussler is currently serving for multiple counts of burglary and false imprisonment. Dunigan is in prison for an armed robbery case.