# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

## SENTENCING MINUTES

CRIMINAL CASE NO. CR 624-004

USA V. David Cassady

DATE: 09/18/2025

TIME: 1:58 pm to 3:17 pm

JUDGE: Honorable J. Randal Hall

COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: ~~Rhea Rangel~~ Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT: Elizabeth Major

ATTORNEY(S) FOR THE DEFENDANT: Tina Maddox

PROBATION OFFICER: Joseph Brown

DEFENDANT SENTENCED ON COUNTS(S): 4 and 5

---

Y  PSI reviewed in full

Y  Objections to factual basis

Y  Objections to Guideline Calculations

N  Changes ordered

Y  Factual Witnesses  Thomas Plumley US Postal Inspector

Y  Statement by Counsel

Y  Statement by Defendant

Y  Appeal rights of defendant explained / (waived)

Facility requested/recommended: ___

Defendant remanded  Y

Voluntary surrender  —

Departure from guidelines  N

Custody: 960 months  480 ea ct to be served consecutively

Supervised Release: 5 years  ea ct to be served concurrently

Y  Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant

Probation  —

Fine $ -0-

Restitution $ —

Special Assessment $ 100.00 ea. ct

Community Service: — hours within — months of release

Dismiss Count(s)  1, 2 + 3

Plea agreement accepted  Y

Upward —  Downward —